# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 787 |
| | : | |
| ORDER ADOPTING RULE | : | SUPREME COURT RULES |
| 304 OF THE PENNSYLVANIA | : | |
| BAR ADMISSION RULES | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of January, 2019, upon the recommendation of the Board of Law Examiners, the proposal having been published for public comment in the Pennsylvania Bulletin at 48 Pa.B. 5715 (September 15, 2018):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 304 of the Bar Admission Rules is adopted in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendment shall be effective six months from the date of this Order.